# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Wichita Falls Division*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 19 2010
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Robert R. Coffman
Plaintiff

v. Harold Ramis
& Focus Features
Defendant

Civil Action No. 7-10-CV-107-O

## COMPLAINT

Harold Ramis & Focus Features, pelagarized my published copyrighted, intellectual property, by taking from a movie script I sent them, & 15 other actors, & directors. In my published letter of introduction, I told them I was from Wichita Falls, a town with no Falls. Visiting a bed-ridden 95 yr. old man at age 5 I asked him where are the Falls in Wichita Falls. He answered, "there are no Falls in Wichita Falls." When the town consisted of Saloon, livery, & General Store, a gent from East Coast had letter to send via Wells Fargo Stagecoach. Wanting to put a return address he asks "What's the name of this place?" Like poetry in motion a drunken Indian named Wichita fell off his donkey. Another drunk announces, "Wichita Falls!" So gent put Wichita Falls for return address. In movie Ice-Harvest they use or print, "As Wichita Falls so Falls Wichita Falls!" my published intellectual property!

Date 8/19/2010

Signature: Robert R. Coffman

Print Name: Robert R. Coffman

Address: 5300 Professional Dr. #206

City, State, Zip: Wichita Falls, Texas, 76302

Telephone: 940-237-0688