# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **ROBERT R. COFFMAN,** | § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 7:10-CV-107-O |
| **HAROLD RAMIS and FOCUS FEATURES,** | § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 8) and the objection thereto (ECF No. 9), in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Plaintiff's request for a 30-day extension to produce evidence of copyright infringement is **DENIED** because the basis for the request lacks merit. Accordingly, this case is **DISMISSED** without prejudice.

**SO ORDERED** this **30th** day of **November, 2010.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**